IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                      Plaintiff,

      v.

DERRICK SYKES,

                      Defendant.

ORDER

09-cr-61-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

No objections having been received to the report and recommendation entered herein by the United States Magistrate Judge on July 24, 2009, IT IS ORDERED that the magistrate judge's recommendation is ADOPTED. FURTHER, IT IS ORDERED that defendant Derrick Sykes's motion to suppress evidence is DENIED.

Entered this 10th day of August, 2009.

                                    BY THE COURT:
                                    /s/
                                    BARBARA B. CRABB
                                    District Judge