IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                      Plaintiff,                  ORDER

v.

                                                 09-cr-61-bbc

DERRICK SYKES,

                      Defendant.

---

IT IS ORDERED that:

(1) **IF** defendant Derrick Sykes can be released from the Dane County Jail by 3:45pm this afternoon (October 15, 2018) so that he can report to the U.S. Probation Office by 4:00 p.m. today for the purpose of being fitted with a Soberlink device, **THEN** defendant Derrick Sykes shall be **RELEASED** from custody forthwith and he shall immediately report to the U.S. Probation Office where he shall be fitted with the Soberlink device;

(2) **BUT IF** defendant Derrick Sykes *cannot* be released from the Dane County Jail by 3:45pm this afternoon (October 15, 2018), **THEN** defendant Derrick Sykes shall be **DETAINED** until 9:00 a.m. on Tuesday, October 16, 2018, at which time he shall be **RELEASED** from custody and he shall immediately report to the U.S. Probation Office where he shall be fitted with the Soberlink device.

Date: October 15, 2018 at 2:00 p.m.

                                    BY THE COURT:

                                    /s/

                                    STEPHEN L. CROCKER
                                    Magistrate Judge